IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN THOMAS HOLLINGSWORTH,<br><br>Defendant. | Case No.: 22-03132-01-CR-S-MDH |

### *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **Justin Thomas Hollingsworth (Inmate # 1156522)**, is currently incarcerated at: **Fulton Reception & Diagnostic Center, 1393 Route O, Fulton, Missouri 65251**.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By: */s/ Stephanie L. Wan*
STEPHANIE L. WAN
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511
(417) 831-4406